UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-61322

LUIS SIERRA,

    Plaintiff,

vs.

MUSTAFA PROPERTIES, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, LUIS SIERRA, (hereinafter referred to as õPlaintiffö) by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant, MUSTAFA PROPERTIES, INC., (hereinafter referred to as õThe Partiesö) are in the process of executing the Settlement Agreement and request ten (10) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties ten (10) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

## CERTIFICATE OF SERVICE

I certify that on July 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of Electronic Filing generated by CM/ECF.

    Respectfully submitted,

**J & M ADVOCACY GROUP, LLC**
*Counsel for Plaintiff*
Presidential Circle
4000 Hollywood Blvd., Ste. 435 S
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779
Email: service@jmadvocacygroup.com

_/s/ Mark D. Cohen_
Mark D. Cohen, Esq.
Florida Bar No. 347345

_/s/ Jaci R. Mattocks_
Jaci R. Mattocks, Esq.
Florida Bar No. 115765